**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1168**

───────────

ANTONIO GREGORY BROOKS,

       Plaintiff - Appellant,

   v.

ELLIOTT TRUMBORE,

       Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:24-cv-01772-RDA-WBP)

───────────

Submitted:  July 29, 2025                        Decided:  July 31, 2025

───────────

Before KING, WYNN, and BERNER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Antonio Gregory Brooks, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Gregory Brooks appeals the district court's order accepting the magistrate judge's recommendation and dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Brooks v. Trumbore*, No. 1:24-cv-01772-RDA-WBP (E.D. Va. filed Jan. 30, 2025 & entered Jan. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*